Barry Alan Johnsrud, WSBA #21952
Jennifer L. Mora, WSBA #31859
Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| VIVIANO RAMIREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>PAYLESS SHOESOURCE, INC., a Missouri Corporation,<br><br>    Defendant. | CASE NO. CV-05-3024-LRS<br><br>[PROPOSED] STIPULATED PROTECTIVE ORDER |

## PROTECTIVE ORDER

The parties, by and through their respective counsel of record, agree that certain documents and other information produced in this litigation contain information that is considered confidential. In order to protect this confidential material, the parties hereby stipulate and agree to the following Protective Order in this litigation:

1. **Scope and Purpose of Protective Order:** This Protective Order shall govern the designation and handling of protected documents produced by any party in discovery in this litigation, whether by voluntary production or disclosure or in response to any formal discovery procedure, including designation and handling of nonpublic information of a confidential nature. This Protective Order does not affect any party's obligations under the Federal Rules of Civil Procedure

(PROPOSED) STIPULATED
PROTECTIVE ORDER - 1
(NO. CV-05-3024-LRS)

Jackson Lewis LLP
One Union Square
600 University St., Suite 2900
Seattle, Washington 98101
(206) 405-0404

to produce documents or to provide testimony and statements as required by the rules of discovery or an order of the Court. This Protective Order does not apply to information obtained by or made available to any such person by means other than the discovery provisions of the Federal Rules of Civil Procedure. The purpose of this Protective Order is to preserve confidentiality and to facilitate the proper handling of sensitive nonpublic information.

2. **Documents or Information Subject to Protective Order:** Any personal, medical, or financial information or documents that pertain to any current or former employee of Payless, including, but not limited to, personnel files, medical files, and/or employment agreements or contracts may be designated as "CONFIDENTIAL." In addition, any documents that include confidential and non-public business information that has value due to the fact that the information in the documents is not known to the general public and/or competitors of Payless may be designated as "CONFIDENTIAL."

The party who maintains that documents or information must be subject to this protective order must mark the documents as "CONFIDENTIAL." The party that designates a document as "CONFIDENTIAL" must redact from the document the following information: (a) social security numbers; (b) dates of birth; (c) drivers license numbers; (d) identification numbers; and (e) bank account numbers.

3. **Limitations on Use of Protected Documents:** Protected documents, or witness testimony or statements relating to documents marked as "CONFIDENTIAL" shall be used only for the purposes of this case, and in accordance with the terms of this Protective Order, and shall not be used by any party, or his, her or its counsel, for any purpose unrelated to this case.

(PROPOSED) STIPULATED
PROTECTIVE ORDER - 2
(NO. CV-05-3024-LRS)

Jackson Lewis LLP
One Union Square
600 University St., Suite 2900
Seattle, Washington 98101
(206) 405-0404

4.  **Maintaining Protected Materials:** Any materials designated as protected by this Protective Order ("CONFIDENTIAL" materials) must be maintained in a manner reasonably calculated to preserve their confidentiality.

5.  **Producing Party's Use of Protected Documents or Testimony:** Nothing in this Protective Order limits a party's use or disclosure of its own information or documents, nor of any information or documents lawfully obtained through means other than discovery requests or subpoenas in this litigation. Such use or disclosure shall not affect any "CONFIDENTIAL" designation made under the terms of this Protective Order.

6.  **Inadvertent Disclosure:** If any party inadvertently produces a privileged or work product document, upon discovering the inadvertent production, the producing party may request return of the document(s). The document(s) must then be returned immediately to the producing party. Any other party has the right to contest the assertion of any attorney-client or work product designation by an appropriate motion to the Court, but the document(s) will be treated as privileged or work product in the interim.

7.  **Documents for Trial:** The parties may use any documents that are marked as "CONFIDENTIAL" for any purpose in this litigation. Before any documents marked as "CONFIDENTIAL" are filed with the Court or as part of the pretrial order preparation process, the parties must confer in an effort to reach an agreement as to the confidentiality of documents or information to be filed with the court or used at trial, and to develop a mutually agreeable method for maintaining the confidentiality of such documents and information at trial. If the parties cannot agree as to the confidentiality of documents or information to be used at trial, the parties shall file a joint motion with the Court, which sets for the parties' respective positions regarding the this subject and ask the Court to resolve the issue presented

(PROPOSED) STIPULATED
PROTECTIVE ORDER - 3
(NO. CV-05-3024-LRS)

Jackson Lewis LLP
One Union Square
600 University St., Suite 2900
Seattle, Washington 98101
(206) 405-0404

to the Court. At the designating party's request, any document previously designated as "CONFIDENTIAL" must be used at trial only in a clean or redacted copy without any such designation.

8. **Upon Case Completion:** When this action is fully concluded, including completion of all appeals or the exhaustion of all rights of appeal, within 60 days thereafter, a producing or designating party may request the return or destruction of all protected materials, except those filed with the Court or agreed by the parties to be retained for purposes of effectuating any judgment. If such a request is made in writing, the recipient of the request will have 60 days in which to (a) return the protected materials, (b) destroy the materials with appropriate proof thereof, or (c) file a motion with the Court seeking an order upon good cause shown that materials should not be destroyed or returned. If there is no request to return the protected materials, they remain subject to this Protective Order even after conclusion of the litigation.

9. All parties, their counsel and other agents, and those acting in concert with them, are enjoined from the use of "CONFIDENTIAL" documents and other materials in any manner not expressly permitted by this Protective Order.

**IT IS SO STIPULATED**

| VELIKANJE MOORE & SHORE PS | JACKSON LEWIS LLP |
|---|---|
| / s / Kevan T. Montoya (per email) | / s / Jennifer L. Mora |
| Kevan T. Montoya<br>E-mail: kmontoya@vmslaw.com<br>James Elliott<br>E-mail: elliott@vmslaw.com<br>Velikanje Moore & Shore PS<br>405 East Lincoln Avenue<br>P.O. Box 22550<br>Yakima, Washington 98907-2250<br>Attorneys for Viviano Ramirez | Barry Alan Johnsrud, WSBA #21952<br>E-mail: johnsrudb@jacksonlewis.com<br>Jennifer L. Mora, WSBA #31859<br>E-mail: moraj@jacksonlewis.com<br>Jackson Lewis LLP<br>600 University Street, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 405-0404<br>Fax: (206) 405-4450<br>Attorneys for Payless Shoesource, Inc. |

(PROPOSED) STIPULATED
PROTECTIVE ORDER - 4
(NO. CV-05-3024-LRS)

# ORDER

Based upon the foregoing stipulation of the parties, it is hereby **ORDERED** that the provisions of the attached Stipulated Protective Order are hereby **GRANTED**.

DATED this __9th__ day of March, 2006.

                          s/Lonny R. Suko
                          UNITED STATES DISTRICT JUDGE

Presented by:

JACKSON LEWIS LLP

By __/ s / Jennifer L. Mora__
    Barry Alan Johnsrud, WSBA #21952
    E-mail: johnsrudb@jacksonlewis.com
    Jennifer L. Mora, WSBA #31859
    E-mail: moraj@jacksonlewis.com
    Attorneys for Payless Shoesource, Inc.

Approved as to form; Notice of presentation waived:

VELIKANJE MOORE & SHORE PS

By __/ s / Kevan T. Montoya (per email authorization)__
    Kevan T. Montoya
    E-mail: kmontoya@vmslaw.com
    Attorney for Plaintiff Viviano Ramirez

(PROPOSED) STIPULATED
PROTECTIVE ORDER - 5
(NO. CV-05-3024-LRS)

Jackson Lewis LLP
One Union Square
600 University St., Suite 2900
Seattle, Washington 98101
(206) 405-0404

# DECLARATION OF SERVICE

The undersigned declares under the penalty of perjury, under the laws of the State of Washington that they caused the foregoing Stipulated Motion for Protective Order to be served on the following people via the CM/ECF system:

**Kevan T. Montoya**
**Velikanje Moore & Shore PS**
**405 East Lincoln Avenue**
**Yakima, WA 98907-2550**

Signed at Seattle, Washington this 8th day of March, 2006.

*Heather M. Feenan*
Heather M. Feenan

(PROPOSED) STIPULATED
PROTECTIVE ORDER - 6
(NO. CV-05-3024-LRS)

Jackson Lewis LLP
One Union Square
600 University St., Suite 2900
Seattle, Washington 98101
(206) 405-0404